Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | BlueAvocado Co. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

_____
_____
_____
_____
_____

**3. Debtor's federal Employer Identification Number** (EIN)

26-1944076

**4. Debtor's address**

**Principal place of business**

620 Congress Ave Suite 320
Number    Street

_____

Austin                    TX    78701
City                          State    ZIP Code

Travis County
County

**Mailing address, if different from principal place of business**

P.O. Box 1691
Number        Street

_____
P.O. Box

Austin                    TX    78767
City                          State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____
City                          State    ZIP Code

**5. Debtor's website** (URL)

www.Blueavocado.com

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

Debtor __BlueAvocado Co._____ Case number *(if known)*_____

Name

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5199____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY

District _____ When _____ Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                                MM / DD / YYYY

Case number, if known _____

| Debtor | BlueAvocado Co. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

_____

City        State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | BlueAvocado Co. | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/10/2021
           MM  /  DD  /  YYYY

✖ /s/ Julie Mak                             Julie Mak
Signature of authorized representative of debtor    Printed name

Title  CEO  & President

**18. Signature of attorney**

✖ /s/ Raymond Battaglia                     Date  11/10/2021
Signature of attorney for debtor                 MM  /  DD  /  YYYY

Raymond Battaglia
Printed name
Law Offices of Ray Battaglia, PLLC
Firm name
66 Granburg Circle
Number          Street
San Antonio                                  TX        78218
City                                         State     ZIP Code

2106019405                                   rbattaglialaw@outlook.com
Contact phone                                Email address

01918055                                     TX
Bar number                                   State

## BLUE AVOCADO
## Profit and Loss by Month
### January - September, 2021

| | | Total | | | |
|---|---|---|---|---|---|
| | Current | Jan - Sep, 2020 (PY) | % Change | | |
| **Income** | | | | | |
| Blue Avocado Income | 0.00 | 0.00 | | | |
| Sales | 1,961,188.19 | 2,800,603.48 | -29.97% | | |
| Sales Discounts | -1,327.61 | -37,000.45 | 96.41% | | |
| Shipping Income | 1,645.00 | 2,475.00 | -33.54% | | |
| Total Blue Avocado Income | $ 1,961,505.58 | $ 2,766,078.03 | -29.09% | | |
| **Total Income** | $ 1,961,505.58 | $ 2,766,078.03 | -29.09% | | |
| **Cost of Goods Sold** | | | | | |
| COGS - Blue Avocado | 0.00 | | | | |
| Customer Orders Shipping | 3,606.44 | 12,297.62 | -70.67% | | |
| Defective Allowance | 44,219.44 | 15,049.36 | 193.83% | | |
| Discount | 24,452.52 | 0.00 | | | |
| Inbound Freight & Shipping | 39,569.88 | 34,816.94 | 13.65% | | |
| Inventory Adjustment | -707.62 | 0.00 | | | |
| Inventory Shrinkage | 8,634.96 | 0.00 | | | |
| Manufacturing Product | 976,836.20 | 1,361,688.71 | -28.26% | | |
| Markdowns | 192,180.20 | 0.00 | | | |
| New Store Allowance | -1,181.49 | 6,409.84 | -118.43% | | |
| Returns & Allowances | 386.60 | 19.99 | 1833.97% | | |
| Samples to Customers Shipping | 0.00 | 458.30 | -100.00% | | |
| Shipping & Freight Outbound | 1,269.13 | 7,538.35 | -83.16% | | |
| Supply Chain Discount | 2,070.06 | 15,376.99 | -86.54% | | |
| Testing | 4,300.00 | 446.00 | 864.13% | | |
| Tooling Amortization | 350.00 | 1,400.00 | -75.00% | | |
| Warehouse & Distribution | 176,730.46 | 251,529.23 | -29.74% | | |
| Total COGS - Blue Avocado | $ 1,472,716.78 | $ 1,707,031.33 | -13.73% | | |
| **Total Cost of Goods Sold** | $ 1,472,716.78 | $ 1,707,031.33 | -13.73% | 2021 GP% | 2020 GP% |
| **Gross Profit** | $ 488,788.80 | $ 1,059,046.70 | -53.85% | 24.92% | 37.81% |
| **Expenses** | | | | | |
| Advertising & Marketing | 124.15 | 0.00 | | | |
| Advertising | 0.00 | 598.33 | -100.00% | | |
| Contract Marketing | 68,989.90 | 111,601.61 | -38.18% | | |
| Marketing Other | 12,635.17 | 7,749.56 | 63.04% | | |
| Marketing Supplies | 0.00 | 114.26 | -100.00% | | |
| Online Marketing | 87,593.34 | 152,356.75 | -42.51% | | |
| Photography | 0.00 | 543.00 | -100.00% | | |
| Promotions | 69,027.06 | 0.00 | | | |
| Samples | 0.00 | 0.00 | | | |
| Sample Costs | 389.80 | 3,167.79 | -87.69% | | |
| Sample Shipping and Delivery | 0.00 | 449.86 | -100.00% | | |
| Total Samples | $ 389.80 | $ 3,617.65 | -89.23% | | |

| | | | |
|---|---:|---:|---:|
| **Tradeshows** | 0.00 | 0.00 | |
| Tradeshow Costs | 0.00 | 728.51 | -100.00% |
| **Total Tradeshows** | $ **0.00** | $ **728.51** | **-100.00%** |
| Web Development Ecommerce | 1,082.02 | 1,171.24 | -7.62% |
| **Total Advertising & Marketing** | $ **239,841.44** | $ **278,480.91** | **-13.88%** |
| **Bank Service Charges** | 3.00 | 1,857.60 | -99.84% |
| **Business License, Fees, Permits** | 1,050.00 | 1,050.00 | 0.00% |
| **Computer Expenses <$500.00** | 267.22 | 0.00 | |
| **Dues & Subscriptions** | 3,057.74 | 1,235.82 | 147.43% |
| **Filing Fees** | -250.00 | 0.00 | |
| **Insurance** | 0.00 | 0.00 | |
| Directors Insurance | 9,568.10 | 5,911.76 | 61.85% |
| Health Insurance | 21,321.83 | 18,161.01 | 17.40% |
| Liability Insurance | 5,718.48 | 1,719.44 | 232.58% |
| **Total Insurance** | $ **36,608.41** | $ **25,792.21** | **41.94%** |
| **Interest Expense** | 0.00 | 0.00 | |
| Loan Interest | 59,060.98 | 35,169.67 | 67.93% |
| **Total Interest Expense** | $ **59,060.98** | $ **35,169.67** | **67.93%** |
| **Merchant Service Fees** | 7,069.33 | 8,903.15 | -20.60% |
| **Office Supplies** | 604.29 | 1,239.32 | -51.24% |
| **Payroll Expenses*OE** | 0.00 | 0.00 | |
| Payroll Processing Fees | 4,797.00 | 4,797.00 | 0.00% |
| Payroll Taxes | 55,235.76 | 56,889.86 | -2.91% |
| Payroll Wages | 65,382.86 | 127,915.35 | -48.89% |
| **Total Payroll Expenses*OE** | $ **125,415.62** | $ **189,602.21** | **-33.85%** |
| **Postage & Delivery** | 57.10 | 286.48 | -80.07% |
| **Product Development** | 150.00 | 0.00 | |
| Product Development - Design | 817.18 | 808.38 | 1.09% |
| Product Development Shipping | 2,387.38 | 3,571.04 | -33.15% |
| **Total Product Development** | $ **3,354.56** | $ **4,379.42** | **-23.40%** |
| **Professional Fees** | 0.00 | 0.00 | |
| Accounting & Financial | 56,937.83 | 3,089.40 | 1743.01% |
| Consultant - Admin | 3,570.00 | 8,770.00 | -59.29% |
| Consultant - Marketing | 4,704.63 | 0.00 | |
| Consultant - Marketing & Sales Development | 51,075.00 | 0.00 | |
| Consultant - Operations | 41,025.00 | 0.00 | |
| Consultant - Prod Dev | 16,042.62 | 24,108.20 | -33.46% |
| Legal Fees | 50,439.37 | 23,289.66 | 116.57% |
| **Total Professional Fees** | $ **223,794.45** | $ **59,257.26** | **277.67%** |
| **Rent** | 398.94 | 1,944.49 | -79.48% |
| **Sales Rep Commission** | 63,939.02 | 102,547.43 | -37.65% |
| **Storage** | 812.00 | 3,345.10 | -75.73% |
| **Support Services** | 0.00 | 0.00 | |
| Accounting | 5,125.00 | 2,325.00 | 120.43% |
| Purchasing | 0.00 | 0.00 | |
| Sales | -2,900.00 | 26,100.00 | -111.11% |
| **Total Support Services** | $ **2,225.00** | $ **28,425.00** | **-92.17%** |
| **Taxes** | 0.00 | 0.00 | |

| | | | | 2021 NOP% | 2020 NOP% |
|---|---|---|---|---|---|
| State Franchise, Occupation, In | 8,683.84 | 8,733.76 | -0.57% | | |
| **Total Taxes** | **$ 8,683.84** | **$ 8,733.76** | **-0.57%** | | |
| Telephone | 872.46 | 1,086.89 | -19.73% | | |
| **Travel & Entertainment** | 0.00 | 0.00 | | | |
| Cab Fare | 40.01 | 33.77 | 18.48% | | |
| Meals | 0.00 | 50.27 | -100.00% | | |
| Parking + Tolls | 26.50 | 0.00 | | | |
| **Total Travel & Entertainment** | **$ 66.51** | **$ 84.04** | **-20.86%** | | |
| **Utilities** | 0.00 | 0.00 | | | |
| Internet | 0.00 | 1,475.51 | -100.00% | | |
| **Total Utilities** | **$ 0.00** | **$ 1,475.51** | **-100.00%** | | |
| **Total Expenses** | **$ 776,931.91** | **$ 754,896.27** | **2.92%** | **2021 NOP%** | **2020 NOP%** |
| **Net Operating Income** | **-$ 288,143.11** | **$ 304,150.43** | **-194.74%** | **-14.69%** | **10.86%** |
| **Other Income** | | | | | |
| Other Income | 38,382.50 | 0.00 | | | |
| **Total Other Income** | **$ 38,382.50** | **$ 0.00** | | | |
| **Other Expenses** | | | | | |
| Charitable Contributions | 0.00 | 1,781.84 | -100.00% | | |
| Extraordinary Expense | 210,784.92 | 14,885.06 | 1316.08% | | |
| **Total Other Expenses** | **$ 210,784.92** | **$ 16,666.90** | **1164.69%** | | |
| **Net Other Income** | **-$ 172,402.42** | **-$ 16,666.90** | **-934.40%** | **2021 NP%** | **2020 NP%** |
| **Net Income** | **-$ 460,545.53** | **$ 287,483.53** | **-260.20%** | **-23.48%** | **10.27%** |

Saturday, Oct 23, 2021 09:09:18 PM GMT-7 - Accrual Basis

# BLUE AVOCADO
## Balance Sheet
### As of September 30, 2021

| | As of Sep 30, 2021 | Total As of Sep 30, 2020 (PY) | % Change |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Bank Accounts** | | | |
| BB&T  - 0193 | 227,213.85 | 8,693.25 | 2513.68% |
| Shopify Holding | 110.95 | 2,415.35 | -95.41% |
| **Total Bank Accounts** | $   227,324.80 | $   11,108.60 | 1946.39% |
| **Accounts Receivable** | | | |
| Accounts Receivable | 363,721.82 | 226,092.37 | 60.87% |
| **Total Accounts Receivable** | $   363,721.82 | $   226,092.37 | **60.87%** |
| **Other Current Assets** | | | |
| Inventory | | | |
| Inventory Asset | 574,582.19 | 779,968.31 | -26.33% |
| **Total Inventory** | $   574,582.19 | $   779,968.31 | **-26.33%** |
| Prepaid Expense | 74,537.08 | 12,127.17 | 514.63% |
| Prepaid Inventory | 257,323.32 | 40,881.62 | 529.44% |
| Undeposited Funds | 0.00 | 325.85 | -100.00% |
| Undeposited Funds Adjustments | 0.00 | -466.92 | 100.00% |
| **Total Other Current Assets** | $   906,442.59 | $   832,836.03 | **8.84%** |
| **Total Current Assets** | $   1,497,489.21 | $   1,070,037.00 | **39.95%** |
| **Fixed Assets** | | | |
| Accumulated Depreciation | 0.00 | 0.00 | |
| Furniture & Fixtures | 0.00 | 0.00 | |
| Office Equipment | 381.05 | 0.00 | |
| Tooling | 0.00 | 0.00 | |
| **Total Fixed Assets** | $   381.05 | $   0.00 | |
| **Other Assets** | | | |
| Deposits on Mfg Orders | 0.00 | 0.00 | |
| Intangible Assets | | | |
| Accumulated Amortization | -5,281.25 | -5,281.25 | 0.00% |
| Loan Costs | 1,506.00 | 1,506.00 | 0.00% |
| Organization Costs | 3,775.25 | 3,775.25 | 0.00% |
| **Total Intangible Assets** | $   0.00 | $   0.00 | |
| Rent Deposit | 0.00 | 0.00 | |
| Security Deposit | 1,500.00 | 1,500.00 | 0.00% |
| **Total Other Assets** | $   1,500.00 | $   1,500.00 | **0.00%** |
| **TOTAL ASSETS** | $   1,499,370.26 | $   1,071,537.00 | **39.93%** |
| **LIABILITIES AND EQUITY** | | | |
| Liabilities | | | |
| Current Liabilities | | | |

| | | | |
|---|---|---|---|
| **Accounts Payable** | | | |
|   **Accounts Payable** | 987,664.35 | 599,843.77 | 64.65% |
| **Total Accounts Payable** | $  **987,664.35** | $  **599,843.77** | **64.65%** |
| **Other Current Liabilities** | | | |
|   **Accrued Expenses** | 153,715.87 | 74,421.95 | 106.55% |
|   **Accrued Royalty Expense** | 61,110.74 | 61,110.74 | 0.00% |
|   **Barshop/Block Notes** | 200,000.00 | 200,000.00 | 0.00% |
|   **Barshop/Block Notes Accrued Interest** | 68,750.07 | 48,750.03 | 41.03% |
|   **Block Ventures Accrued Interest Payable** | 17,972.64 | | |
|   **Block Ventures LLC - LOC** | 313,476.59 | 178,692.70 | 75.43% |
|   **BLUEAVO RLOCL - LOC** | 390,000.00 | | |
|   **BLUEAVO RLOCL Accrued Interest Payable** | 10,779.40 | | |
|   **Canada Revenue Agency Payable** | 0.00 | 0.00 | |
|   **CARES Act PPP Loan** | 38,333.33 | 38,382.50 | -0.13% |
|   **Convertible Debt** | 0.00 | 0.00 | |
|   **Customer Deposit** | 0.00 | 0.00 | |
|   **Guaranteed Sales Reserve** | 0.00 | 0.00 | |
|   **Illinois Department of Revenue Payable** | 0.00 | 0.00 | |
|   **Loan Payable - Barshop Invest** | 0.00 | 0.00 | |
|   **Loan Payable - M. Block** | 0.00 | 0.00 | |
|   **New York Revenue Payable** | 432.86 | 378.00 | 14.51% |
|   **rezip.com Gift Cards** | 0.00 | 0.00 | |
|   **Sales Tax Payable** | 0.00 | 0.00 | |
|   **Sales Tax Payable - OLD** | 0.00 | 0.00 | |
|   **State Comptroller Payable** | 793.08 | 540.03 | 46.86% |
|     **Sales Tax Payable** | 0.00 | 0.00 | |
|   **Total State Comptroller Payable** | $  **793.08** | $  **540.03** | **46.86%** |
| **Total Other Current Liabilities** | $  **1,255,364.58** | $  **602,275.95** | **108.44%** |
| **Total Current Liabilities** | $  **2,243,028.93** | $  **1,202,119.72** | **86.59%** |
| **Total Liabilities** | $  **2,243,028.93** | $  **1,202,119.72** | **86.59%** |
| **Equity** | | | |
|   **Capital Stock** | 23,044.00 | 23,044.00 | 0.00% |
|   **Opening Bal Equity** | 0.00 | 0.00 | |
|   **Opening Balance Equity** | 5,296.63 | 5,296.63 | 0.00% |
|   **Preferred Series B** | 2,637,019.58 | 2,637,019.58 | 0.00% |
|   **Preferred Series C** | 3,132,742.20 | 3,132,742.20 | 0.00% |
|   **Preferred Stock A** | 825,000.00 | 825,000.00 | 0.00% |
|   **Preferred Stock A-1** | 990,000.00 | 990,000.00 | 0.00% |
|   **Retained Earnings** | -7,896,215.55 | -8,031,168.66 | 1.68% |
|   **Net Income** | -460,545.53 | 287,483.53 | -260.20% |
| **Total Equity** | -$  **743,658.67** | -$  **130,582.72** | **-469.49%** |
| **TOTAL LIABILITIES AND EQUITY** | $  **1,499,370.26** | $  **1,071,537.00** | **39.93%** |

**Fill in this information to identify the case:**

Debtor name ___BlueAvocado Co._____

United States Bankruptcy Court for the: ___Western District of Texas___

                                                   (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals        **12/15**

### Part 1:   Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .......................................................    $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................    $ _938,657.34_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .......................................................    $ _938,657.34_

### Part 2:   Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................    $ _1,053,750.00_

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................    $ _____0.00_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............................... **+**$ _845,342.75_

4. **Total liabilities** ...................................................................................................................    $ _1,899,092.75_
   Lines 2 + 3a + 3b

# 2020 TAX RETURN FILING INSTRUCTIONS

U.S. CORPORATION INCOME TAX RETURN

### FOR THE YEAR ENDING

DECEMBER 31, 2020

| | |
|---|---|
| **Prepared for** | BLUE AVOCADO CO.<br>P.O. BOX 1691<br>AUSTIN, TX  78767-1691 |
| **Prepared by** | ERICKSON DEMEL & CO., PLLC<br>7800 N. MOPAC, SUITE 105<br>AUSTIN, TX 78759 |
| **To be signed and dated by** | THE APPROPRIATE CORPORATE OFFICER(S). |
| **Amount of tax** | Total tax $ ........... 0<br>Less: payments and credits $ ........... 0<br>Plus: other amount $ ........... 0<br>Plus: interest and penalties $ ........... 0<br>NO PMT REQUIRED $ ........... |
| **Overpayment** | Credited to your estimated tax $ ........... 0<br>Other amount $ ........... 0<br>Refunded to you $ ........... 0 |
| **Make check payable to** | NOT APPLICABLE |
| **Mail tax return and check (if applicable) to** | THIS RETURN HAS BEEN PREPARED FOR ELECTRONIC FILING.  TO HAVE IT TRANSMITTED ELECTRONICALLY TO THE IRS, PLEASE SIGN, DATE, AND RETURN FORM 8879-C TO OUR OFFICE.  WE WILL THEN SUBMIT YOUR ELECTRONIC RETURN. |
| **Return must be mailed on or before** | RETURN FEDERAL FORM 8879-C TO US BY APRIL 15, 2021. |
| **Special Instructions** | |

000084 04-01-20

Form **8879-C**

Department of the Treasury
Internal Revenue Service

**IRS e-file Signature Authorization for Form 1120**

For calendar year 2020, or tax year beginning _____, 2020, ending _____, 20 _____

➤ Do not send to the IRS. Keep for your records.
➤ Go to www.irs.gov/Form8879C for the latest information.

OMB No. 1545-0123

**2020**

| Name of corporation | Employer identification number |
|---|---|
| BLUE AVOCADO CO. | 26-1944076 |

| Part I | Tax Return Information (Whole dollars only) | | |
|---|---|---|---|
| 1 Total income (Form 1120, line 11) | 1 | 1,192,255. |
| 2 Taxable income (Form 1120, line 30) | 2 | |
| 3 Total tax (Form 1120, line 31) | 3 | |
| 4 Amount owed (Form 1120, line 35) | 4 | |
| 5 Overpayment (Form 1120, line 36) | 5 | |

| Part II | Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return. |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2020 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize **ERICKSON DEMEL & CO., PLLC** to enter my PIN   44076
ERO firm name   do not enter all zeros

as my signature on the corporation's 2020 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2020 electronically filed income tax return.

Officer's signature ➤ _____   Date ➤ 4/5/2021   Title ➤ PRESIDENT

| Part III | Certification and Authentication |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.   70468281054
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2020 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS e-file Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS e-file Providers for Business Returns.

ERO's signature ➤ _____   Date ➤ _____

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.   Form **8879-C** (2020)
LHA

010211 11-03-20

# Form 1120

**U.S. Corporation Income Tax Return**

For calendar year 2020 or tax year beginning _____, ending _____

Department of the Treasury
Internal Revenue Service

▶ Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

**2020**

| A Check if: | | | |
|---|---|---|---|
| 1a Consolidated return (attach Form 851) | | Name | **BLUE AVOCADO CO.** |
| b Life/nonlife consolidated return | TYPE OR PRINT | Number, street, and room or suite no. If a P.O. box, see instructions. | **P.O. BOX 1691** |
| 2 Personal holding co. (attach Sch. PH) | | City or town, state or province, country, and ZIP or foreign postal code | **AUSTIN, TX  78767-1691** |
| 3 Personal service corp. (see instructions) | | | |
| 4 Schedule M-3 attached | | | |

B Employer identification number **26-1944076**
C Date incorporated **12/12/2007**
D Total assets (see instructions) $ **986,147.**

E Check if:  (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

## Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 3,203,152. |
| b | Returns and allowances | 1b | 68,442. |
| c | Balance. Subtract line 1b from line 1a | 1c | 3,134,710. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 1,945,705. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 1,189,005. |
| 4 | Dividends and inclusions (Schedule C, line 23) | 4 | |
| 5 | Interest | 5 | |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (attach statement) SEE STATEMENT 1 | 10 | 3,250. |
| 11 | **Total income.** Add lines 3 through 10 ▶ | 11 | 1,192,255. |

## Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (attach Form 1125-E) | 12 | |
| 13 | Salaries and wages (less employment credits) | 13 | 165,358. |
| 14 | Repairs and maintenance | 14 | |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | 2,550. |
| 17 | Taxes and licenses SEE STATEMENT 2 | 17 | 96,061. |
| 18 | Interest (see instructions) | 18 | |
| 19 | Charitable contributions SEE STATEMENT 3  AND  SEE STATEMENT 4 | 19 | 0. |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | 372,331. |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | |
| 25 | Reserved for future use | 25 | |
| 26 | Other deductions (attach statement) SEE STATEMENT 5 | 26 | 427,278. |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | 27 | 1,063,578. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 128,677. |
| 29a | Net operating loss deduction (see instructions) STATEMENT 6 | 29a | 128,677. |
| b | Special deductions (Schedule C, line 24) | 29b | |
| c | Add lines 29a and 29b | 29c | 128,677. |

## Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | 0. |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | 0. |
| 32 | 2020 net 965 tax liability paid (Schedule J, Part II, line 12) | 32 | |
| 33 | Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | 33 | |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☐ | 34 | |
| 35 | Amount owed. If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | 35 | 0. |
| 36 | Overpayment. If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | 36 | |
| 37 | Enter amount from line 36 you want: Credited to 2021 estimated tax ▶ _____ Refunded ▶ | 37 | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____  Signature of officer   Date

▶ **PRESIDENT**  Title

May the IRS discuss this return with the preparer shown below? ☐ Yes ☐ No

## Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| DEANNA N. SCHRYVER | | | | P00281054 |

Firm's name ▶ **ERICKSON DEMEL & CO., PLLC**  Firm's EIN ▶ **46-4064364**

Firm's address ▶ **7800 N. MOPAC, SUITE 105**
**AUSTIN, TX 78759**  Phone no. **(512)482-8682**

011801
12-18-20  LHA  For Paperwork Reduction Act Notice, see separate instructions.

Form 1120 (2020)

Form 1120 (2020)   BLUE AVOCADO CO.                                                          26-1944076  Page 2

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | See Instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | Subtotal. Add lines 1 through 8 | | See Instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Section 965(a) inclusion | | See Instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | Total dividends and inclusions. Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | Total special deductions. Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2020)

011611
12-18-20

Form 1120 (2020)  BLUE AVOCADO CO.                                                    26-1944076  Page 3

| Schedule J | Tax Computation and Payment (see instructions) | | | |
|---|---|---|---|---|
| **Part I - Tax Computation** | | | | |
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ........▶ ☐ | | | |
| 2 | Income tax. See instructions | | 2 | 0. |
| 3 | Base erosion minimum tax amount (attach Form 8991) | | 3 | |
| 4 | Add lines 2 and 3 | | 4 | 0. |
| 5a | Foreign tax credit (attach Form 1118) | 5a | | |
| b | Credit from Form 8834 (see instructions) | 5b | | |
| c | General business credit (attach Form 3800) | 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | | |
| e | Bond credits from Form 8912 | 5e | | |
| 6 | Total credits. Add lines 5a through 5e | | 6 | |
| 7 | Subtract line 6 from line 4 | | 7 | 0. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | | |
| c | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | 9c | | |
| d | Interest due under the look-back method-income forecast method (attach Form 8866) | 9d | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | | |
| f | Interest/tax due under Section 453A(c) and/or Section 453(l) | 9f | | |
| g | Other (see instructions - attach statement) | 9g | | |
| 10 | Total. Add lines 9a through 9g | | 10 | |
| 11 | Total tax. Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | 11 | 0. |
| **Part II - Section 965 Payments** (see instructions) | | | | |
| 12 | 2020 net 965 tax liability paid from Form 965-B, Part II, column (k), line 4. Enter here and on page 1, line 32 | | 12 | |
| **Part III - Payments, Refundable Credits, and Section 965 Net Tax Liability** | | | | |
| 13 | 2019 overpayment credited to 2020 | | 13 | |
| 14 | 2020 estimated tax payments | | 14 | |
| 15 | 2020 refund applied for on Form 4466 | | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | | 16 | |
| 17 | Tax deposited with Form 7004 | | 17 | |
| 18 | Withholding (see instructions) | | 18 | |
| 19 | Total payments. Add lines 16, 17, and 18 | | 19 | |
| 20 | Refundable credits from: | | | |
| a | Form 2439 | 20a | | |
| b | Form 4136 | 20b | | |
| c | Reserved for future use | 20c | | |
| d | Other (attach statement - see instructions) | 20d | | |
| 21 | Total credits. Add lines 20a through 20d | | 21 | |
| 22 | 2020 net 965 tax liability from Form 965-B, Part I, column (d), line 4. See instructions | | 22 | |
| 23 | Total payments, credits, and section 965 net tax liability. Add lines 19, 21, and 22. Enter here and on page 1, line 33 | | 23 | |

Form **1120** (2020)

011621
12-18-20

Form 1120 (2020) BLUE AVOCADO CO. 26-1944076 Page 4

| Schedule K | Other Information (see instructions) | | | | Yes | No |
|---|---|---|---|---|---|---|

1 Check accounting method: a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) ▶ _____

2 See the instructions and enter the:

a Business activity code no. ▶ 424990

b Business activity ▶ DESIGN AND SELL

c Product or service ▶ REUSABLE GROCERY BAG

3 Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . | | X

If "Yes," enter name and EIN of the parent corporation ▶ _____

4 At the end of the tax year:

a Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . . . | | X

b Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . . | | X

5 At the end of the tax year, did the corporation:

a Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on Form 851, Affiliations Schedule? For rules of constructive ownership, see instructions . . . . . . . | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

b Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions . . . | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

6 During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . | | X

If "Yes," file Form 5452, Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

7 At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . . . . . . | | X

For rules of attribution, see section 318. If "Yes," enter:

(a) Percentage owned ▶ _____ and (b) Owner's country ▶ _____

(c) The corporation may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____

8 Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . ▶ ☐

If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments.

9 Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

10 Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ _____

11 If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here . . . . . . ▶ ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

12 Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ▶ $ 7,938,483.

011632
12-18-20

Form 1120 (2020)

Form 1120 (2020) BLUE AVOCADO CO.                                         26-1944076 Page 5

| Schedule K | Other Information *(continued from page 4)* | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2020 that would require it to file Form(s) 1099? | | X |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| 20 | Is the corporation operating on a cooperative basis? | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 15 ▶ $ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | X |
| | Percentage: By Vote                    By Value | | |

Form **1120** (2020)

011633
12-18-20

Form 1120 (2020)   BLUE AVOCADO CO.                                          26-1944076   Page 6

*interest in unperfected fund.*

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 8,341. | | 20,156. |
| 2a Trade notes and accounts receivable | 124,729. | | 16,838. | |
| b Less allowance for bad debts | ( ) | 124,729. | ( ) | 16,838. |
| 3 Inventories | | 644,329. | | 880,441. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (att. stmt.) STMT 7 | | 612,981. | | 67,212. |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (att. stmt.) | | | | |
| 10a Buildings and other depreciable assets | 5,682. | | 5,682. | |
| b Less accumulated depreciation | ( 5,682.) | 0. | ( 5,682.) | |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 5,281. | | 5,281. | |
| b Less accumulated amortization | ( 5,281.) | 0. | ( 5,281.) | |
| 14 Other assets (att. stmt.) STMT 8 | | 1,500. | | 1,500. |
| 15 Total assets | | 1,391,880. | | 986,147. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 1,207,318. | | 553,366. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (att. stmt.) STMT 9 | | 149,075. | | 112,478. |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (att. stmt.) STMT 10 | | 453,777. | | 611,723. |
| 22 Capital stock: a Preferred stock | 7,584,762. | | 7,584,762. | |
| b Common stock | 23,044. | 7,607,806. | 23,044. | 7,607,806. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings - Appropriated (attach statement) | | | | |
| 25 Retained earnings - Unappropriated | | -8,026,096. | | -7,899,226. |
| 26 Adjustments to shareholders' equity (attach statement) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 1,391,880. | | 986,147. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | 126,870. | 7 Income recorded on books this year not included on this return (itemize): | | |
| 2 Federal income tax per books | | Tax-exempt interest $ _____ | | |
| 3 Excess of capital losses over capital gains | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | | | |
| | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation $ _____ | | |
| | | b Charitable contributions $ _____ | | |
| a Depreciation $ _____ | | | | |
| b Charitable contributions $ 1,782. | | | | |
| c Travel and entertainment $ 25. | 1,807. | 9 Add lines 7 and 8 | | |
| 6 Add lines 1 through 5 | 128,677. | 10 Income (page 1, line 28) - line 6 less line 9 | | 128,677. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | -8,026,096. | 5 Distributions: a Cash | | |
| 2 Net income (loss) per books | 126,870. | b Stock | | |
| 3 Other increases (itemize): | | c Property | | |
| | | 6 Other decreases (itemize): | | |
| | | 7 Add lines 5 and 6 | | |
| 4 Add lines 1, 2, and 3 | -7,899,226. | 8 Balance at end of year (line 4 less line 7) | | -7,899,226. |

011631
12-18-20

Form **1120** (2020)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to www.irs.gov/Form1125A for the latest information.

OMB No. 1545-0123

| Name | Employer Identification number |
|---|---|
| BLUE AVOCADO CO. | 26-1944076 |

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | 644,329. |
| 2 | Purchases | 1,802,769. |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach schedule) | |
| 5 | Other costs (attach schedule) SEE STATEMENT 11 | 379,048. |
| 6 | Total. Add lines 1 through 5 | 2,826,146. |
| 7 | Inventory at end of year | 880,441. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See Instructions | 1,945,705. |

**9 a** Check all methods used for valuing closing inventory:

   (i) [X] Cost

   (ii) [ ] Lower of cost or market

   (iii) [ ] Other (Specify method used and attach explanation) ▶ _____

  **b** Check if there was a writedown of subnormal goods ............ ▶ [ ]

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............ ▶ [ ]

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO ...... **9d**

  **e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See Instructions ...... [ ] Yes [X] No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ...... [ ] Yes [X] No

    If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

024441
04-01-20   LHA

| Form **1125-E** | **Compensation of Officers** | OMB No. 1545-0123 |
|---|---|---|
| (Rev. October 2016) | ▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S. | |
| Department of the Treasury Internal Revenue Service | ▶ Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e. | |

| Name | Employer Identification number |
|---|---|
| BLUE AVOCADO CO. | 26-1944076 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 AMY GEORGE | | | 4.51% | .00% | |
| BRUCE B. BARSHOP | | | .68% | 28.14% | |
| ED A. ROELS | | | .00% | .00% | |
| JULIE MAK | | | | | |
| BRUCE BALLENGEE | | | | | |
| PETER HINZE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | |
|---|---|---|
| 2  Total compensation of officers | 2 | |
| 3  Compensation of officers claimed on Form 1125-A or elsewhere on return | 3 | |
| 4  Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | 4 | 0. |

**For Paperwork Reduction Act Notice, see separate instructions.**                    Form **1125-E** (Rev. 10-2016)

024451  04-01-20     LHA

BLUE AVOCADO CO.                                                  26-1944076

FORM 1120                    OTHER DEDUCTIONS                  STATEMENT    5

| DESCRIPTION | AMOUNT |
|---|---:|
| BANK SERVICE CHARGES | 2,491. |
| DUES & SUBSCRIPTIOSN | 1,648. |
| EXTRAORDINARY EXPENSE | 71,569. |
| INSURANCE | 39,662. |
| LICENSE & FEES | 1,050. |
| LOAN INTEREST | 47,270. |
| MEALS | 25. |
| MERCHANT SERVICE FEES | 10,377. |
| OFFICE SUPPLIES | 1,640. |
| PAYROLL PROCESSING FEES | 6,396. |
| POSTAGE & DELIVERY | 434. |
| PRODUCT DEVELOPMENT | 8,573. |
| PROFESSIONAL FEES | 76,688. |
| SALES REP COMMISSION | 114,745. |
| STORAGE | 3,639. |
| SUPPORT SERVICES | 37,925. |
| TELEPHONE | 1,317. |
| TRAVEL | 34. |
| UTILITIES | 1,795. |

TOTAL TO FORM 1120, LINE 26                                      427,278.

---

NET OPERATING LOSS DEDUCTION                  STATEMENT    6

| TAX YEAR | LOSS SUSTAINED | LOSS PREVIOUSLY APPLIED | LOSS REMAINING | AVAILABLE THIS YEAR |
|---|---:|---:|---:|---:|
| 12/31/08 | 286,293. | | 286,293. | 286,293. |
| 12/31/09 | 539,471. | | 539,471. | 539,471. |
| 12/31/10 | 394,209. | | 394,209. | 394,209. |
| 12/31/11 | 441,431. | | 441,431. | 441,431. |
| 12/31/12 | 521,526. | | 521,526. | 521,526. |
| 12/31/13 | 875,785. | | 875,785. | 875,785. |
| 12/31/14 | 1,603,441. | | 1,603,441. | 1,603,441. |
| 12/31/15 | 1,099,548. | | 1,099,548. | 1,099,548. |
| 12/31/16 | 1,193,092. | | 1,193,092. | 1,193,092. |
| 12/31/17 | 687,523. | | 687,523. | 687,523. |
| 12/31/18 | 134,895. | | 134,895. | 134,895. |
| 12/31/19 | 161,269. | | 161,269. | 161,269. |
| NOL AVAILABLE THIS YEAR | | | 7,938,483. | 7,938,483. |

BLUE AVOCADO CO.                                                    26-1944076

| FORM 1120 | OTHER INCOME | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| SHIPPING & HANDLING | 3,250. |
| TOTAL TO FORM 1120, LINE 10 | 3,250. |

| FORM 1120 | TAXES AND LICENSES | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PAYROLL TAXES | 79,212. |
| PROPERTY TAXES | 20. |
| TAXES - OTHER | 16,829. |
| TOTAL TO FORM 1120, LINE 17 | 96,061. |

| CURRENT YEAR CONTRIBUTIONS | STATEMENT 3 |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| VARIOUS | 1,782. |
| TOTAL CURRENT YEAR CONTRIBUTIONS | 1,782. |

BLUE AVOCADO CO.                                                    26-1944076

---

|                                  CONTRIBUTIONS                    | STATEMENT | 4 |

CURRENT YEAR CONTRIBUTIONS:
QUALIFIED CONTRIBUTIONS SUBJECT TO 100% LIMIT
QUALIFIED CONTRIBUTIONS SUBJECT TO 25% LIMIT
FOOD INVENTORY CONTRIBUTIONS SUBJECT TO 25% LIMIT
FOOD INVENTORY CONTRIBUTIONS SUBJECT TO 15% LIMIT
QUALIFIED CONTRIBUTIONS SUBJECT TO 10% LIMIT                1,782

CONTRIBUTION SUBJECT TO LIMITATION:
  CARRYOVER OF PRIOR YEARS UNUSED CONTRIBUTIONS

    FOR TAX YEAR 2015                    15,677
    FOR TAX YEAR 2016                    19,916
    FOR TAX YEAR 2017                     1,271
    FOR TAX YEAR 2018                       796
    FOR TAX YEAR 2019                       632

    TOTAL CARRYOVER                                        38,292
    CURRENT YEAR CONTRIBUTIONS                              1,782

    TOTAL CONTRIBUTIONS AVAILABLE                          40,074
    TAXABLE INCOME LIMITATION AS ADJUSTED                       0

    EXCESS CONTRIBUTIONS                                   40,074

    ALLOWABLE CONTRIBUTIONS DEDUCTION                                  0

TOTAL CONTRIBUTION DEDUCTION                                           0

BLUE AVOCADO CO.                                                              26-1944076

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT | 7 |
|---|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PREPAID EXPENSE | 8,826. | 7,320. |
| PREPAID INVENTORY | 604,155. | 59,892. |
| TOTAL TO SCHEDULE L, LINE 6 | 612,981. | 67,212. |

| SCHEDULE L | OTHER ASSETS | STATEMENT | 8 |
|---|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| SECURITY DEPOSIT | 1,500. | 1,500. |
| TOTAL TO SCHEDULE L, LINE 14 | 1,500. | 1,500. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT | 9 |
|---|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED EXPENSES | 87,621. | 42,168. |
| ACCRUED ROYALTY EXPENSE | 61,111. | 61,111. |
| FRANCHISE TAX PAYABLE | | 8,096. |
| NEW YORK REVENUE PAYABLE | 124. | 433. |
| REZIP.COM GIFT CARDS | 50. | 0. |
| SALES TAX PAYABLE | | |
| STATE COMPTROLLER PAYABLE | 169. | 670. |
| TOTAL TO SCHEDULE L, LINE 18 | 149,075. | 112,478. |

BLUE AVOCADO CO.                                                              26-1944076

SCHEDULE L                    OTHER LIABILITIES                    STATEMENT   10

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| BARSHOP/BLOCK NOTES | 200,000. | 200,000. |
| BARSHOP/BLOCK NOTES ACCRUED INTEREST | 33,750. | 53,750. |
| CARES ACT - PPP LOAN | 0 | 38,383. |
| LOC-BLOCK VENTURES LLC | 220,027. | 319,590. |
| TOTAL TO SCHEDULE L, LINE 21 | 453,777. | 611,723. |

FORM 1125-A                    OTHER COSTS                         STATEMENT   11

| DESCRIPTION | AMOUNT |
|---|---|
| NEW STORE ALLOWANCE | 6,417. |
| SAMPLES | 535. |
| SHIPPING & FREIGHT OUT | 65,700. |
| SUPPLY CHAIN DISCOUNT | 18,254. |
| TESTING | 446. |
| TOOLING AMORTIZATION | 1,400. |
| WAREHOUSE & DISTRIBUTING | 286,296. |
| TOTAL TO LINE 5 | 379,048. |

# 2021 TAX RETURN FILING INSTRUCTIONS

TEXAS FORM 05-158-A/05-158-B AND 05-102

**FOR THE YEAR ENDING**

DECEMBER 31, 2020

| | |
|---|---|
| **Prepared for** | BLUE AVOCADO CO.<br>P.O. BOX 1691<br>AUSTIN, TX  78767-1691 |
| **Prepared by** | ERICKSON DEMEL & CO., PLLC<br>7800 N. MOPAC, SUITE 105<br>AUSTIN, TX 78759 |
| **To be signed and dated by** | NOT APPLICABLE |
| **Amount of tax** | Total tax                         $      8,095.60<br>Less: payments and credits   $           0.00<br>Plus: other amount             $           0.00<br>Plus: interest and penalties   $           0.00<br>BALANCE DUE                $      8,095.60 |
| **Overpayment** | Credited to your estimated tax   $        0.00<br>Other amount                       $        0.00<br>Refunded to you                   $        0.00 |
| **Make check payable to** | TEXAS COMPTROLLER |
| **Mail tax return and check (if applicable) to** | THIS RETURN HAS BEEN PREPARED FOR ELECTRONIC FILING.  IF YOU WISH TO HAVE IT TRANSMITTED TO THE TEXAS COMPTROLLER, PLEASE CONTACT OUR OFFICE AND WE WILL SUBMIT YOUR ELECTRONIC RETURN. DO NOT MAIL THE PAPER COPY TO THE TEXAS COMPTROLLER. |
| **Return must be mailed on or before** | RETURN FEDERAL FORM 8879-C TO US BY MAY 17, 2021. |
| **Special Instructions** | YOUR PAYMENT SHOULD BE MADE AS INSTRUCTED BELOW BY MAY 17, 2021.<br><br>ENCLOSE A CHECK OR MONEY ORDER FOR $8,095.60, PAYABLE TO TEXAS COMPTROLLER.  SEPARATELY MAIL FORM 05-170 WITH PAYMENT TO:<br><br>       TEXAS COMPTROLLER OF PUBLIC ACCTS<br>       P.O. BOX 149348<br>       AUSTIN, TX  78714-9348 |

351320C 080701

TX2021    05-102
Ver. 12.0    (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ Tcode  13196

■ Taxpayer number

32034306731

■ Report year

2021

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

| Taxpayer name | BLUE AVOCADO CO. | ■ | ☐ Check box if the mailing address has changed. |
|---|---|---|---|

| Mailing address | P.O. BOX 1691 | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|
| City | AUSTIN | State  TX   ZIP code plus 4  78767-1691 | 0800909516 |

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | P.O. BOX 1691, AUSTIN, TX 78767-1691 |
|---|---|
| Principal place of business | P.O. BOX 1691, AUSTIN, TX 78767-1691 |

You must report officer, director, member, general partner and manager information as of the date you complete this report.
*Please sign below!*

**This report must be signed to satisfy franchise tax requirements.**

3203430673121

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| AMY GEORGE | DIRECTOR | ☒ YES | Term expiration | |
| Mailing address  P.O. BOX 1691 | City  AUSTIN | | State  TX | ZIP Code  78767 |

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| BRUCE BARSHOP | DIRECTOR | ☒ YES | Term expiration | |
| Mailing address  P.O. BOX 1691 | City  AUSTIN | | State  TX | ZIP Code  78767 |

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| ED ROELS | DIRECTOR | ☒ YES | Term expiration | |
| Mailing address  P.O. BOX 1691 | City  AUSTIN | | State  TX | ZIP Code  78767 |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file (see instructions if you need to make changes) | You must make a filing with the Secretary of State to change registered agent, registered office or general partner information. |
|---|---|
| Agent: CAPITOL CORPORATE SERVICES, INC. | |
| Office: 206 E.9TH ST., STE 1300 | City  AUSTIN | State TX | ZIP Code 78701 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Title  PRESIDENT | Date | Area code and phone number  (512) 904-0351 |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

**TX 05-102 (Section A Continuation)**

BLUE AVOCADO CO.                                         32034306731

| Name | Title | Director | Term expiration |
|------|-------|----------|-----------------|
| JULIE MAK | PRESIDENT | [X] YES | |
| Mailing address P.O. BOX 1691 | City AUSTIN | State TX | ZIP Code 78767 |

| Name | Title | Director | Term expiration |
|------|-------|----------|-----------------|
| BRUCE BALLENGEE | DIRECTOR | [X] YES | |
| Mailing address P.O. BOX 1691 | City AUSTIN | State TX | ZIP Code 78767 |

| Name | Title | Director | Term expiration |
|------|-------|----------|-----------------|
| PETE HINZE | DIRECTOR | [X] YES | |
| Mailing address P.O. BOX 1691 | City AUSTIN | State TX | ZIP Code 78767 |

| Name | Title | Director | Term expiration |
|------|-------|----------|-----------------|
| | | [ ] YES | |
| Mailing address | City | State | ZIP Code |

| Name | Title | Director | Term expiration |
|------|-------|----------|-----------------|
| | | [ ] YES | |
| Mailing address | City | State | ZIP Code |

| Name | Title | Director | Term expiration |
|------|-------|----------|-----------------|
| | | [ ] YES | |
| Mailing address | City | State | ZIP Code |

| Name | Title | Director | Term expiration |
|------|-------|----------|-----------------|
| | | [ ] YES | |
| Mailing address | City | State | ZIP Code |

| Name | Title | Director | Term expiration |
|------|-------|----------|-----------------|
| | | [ ] YES | |
| Mailing address | City | State | ZIP Code |

| Name | Title | Director | Term expiration |
|------|-------|----------|-----------------|
| | | [ ] YES | |
| Mailing address | City | State | ZIP Code |

| Name | Title | Director | Term expiration |
|------|-------|----------|-----------------|
| | | [ ] YES | |
| Mailing address | City | State | ZIP Code |

| Name | Title | Director | Term expiration |
|------|-------|----------|-----------------|
| | | [ ] YES | |
| Mailing address | City | State | ZIP Code |

080501 04-01-20

351320C 080711
TX2021    05-156-A
Ver. 12.0   (Rev.9-16/9)

## Texas Franchise Tax Report - Page 1

■ **Tcode**  13250 ANNUAL

■ Taxpayer number          ■ Report year        Due date

32034306731              2021      05/17/2021

| Taxpayer name | Secretary of State file number or Comptroller file number |
|---|---|
| BLUE AVOCADO CO. | |
| Mailing address   P.O. BOX 1691 | 0800909516 |

| City | State | Country | ZIP code plus 4 | Check box if the address has changed |
|---|---|---|---|---|
| AUSTIN | TX | USA | 78767-1691 | |

| Check box if this is a combined report | Check box if Total Revenue is adjusted for Tiered Partnership Election, see instructions |
|---|---|

Is this entity a corporation, limited liability company, professional association, limited partnership or financial institution?   [X] Yes   [ ] No

** If not twelve months, see instructions for annualized revenue

| Accounting year | m m d d y y | Accounting year | m m d d y y | SIC code | NAICS code |
|---|---|---|---|---|---|
| begin date** ■ | 0 1 0 1 2 0 | end date  ■ | 1 2 3 1 2 0 | ■ 5100 | ■ 424990 |

**REVENUE** (Whole dollars only)

| | | | |
|---|---|---|---:|
| 1. | Gross receipts or sales | 1.■ | 3134710.00 |
| 2. | Dividends | 2.■ | 0.00 |
| 3. | Interest | 3.■ | 0.00 |
| 4. | Rents (can be negative amount) | 4.■ | 0.00 |
| 5. | Royalties | 5.■ | 0.00 |
| 6. | Gains/losses (can be negative amount) | 6.■ | 0.00 |
| 7. | Other income (can be negative amount) | 7.■ | 3250.00 |
| 8. | Total gross revenue (Add items 1 thru 7) | 8.■ | 3137960.00 |
| 9. | Exclusions from gross revenue (see instructions) | 9.■ | 0.00 |
| 10. | TOTAL REVENUE        (Item 8 minus Item 9 if less than zero, enter 0) | 10.■ | 3137960.00 |

**COST OF GOODS SOLD** (Whole dollars only)

| | | | |
|---|---|---|---:|
| 11. | Cost of goods sold | 11.■ | 2017909.00 |
| 12. | Indirect or administrative overhead costs (Limited to 4%) | 12.■ | 40638.00 |
| 13. | Other (see instructions) | 13.■ | 0.00 |
| 14. | TOTAL COST OF GOODS SOLD (Add items 11 thru 13) | 14.■ | 2058547.00 |

**COMPENSATION** (Whole dollars only)

| | | | |
|---|---|---|---:|
| 15. | Wages and cash compensation | 15.■ | 165358.00 |
| 16. | Employee benefits | 16.■ | 0.00 |
| 17. | Other (see instructions) | 17.■ | 0.00 |
| 18. | TOTAL COMPENSATION (Add items 15 thru 17) | 18.■ | 165358.00 |

**Texas Comptroller Official Use Only**



| VE/DE | [ ] |
|---|---|
| PM Date | | | | | |



1019

351320C 080712
TX2021    05-158-B
Ver. 12.0   (Rev.9-16/9)

# Texas Franchise Tax Report - Page 2

■ Tcode  13251 ANNUAL

| ■ Taxpayer number | ■ Report year | Due date | Taxpayer name |
|---|---|---|---|
| 32034306731 | 2021 | 05/17/2021 | BLUE AVOCADO CO. |

**MARGIN** *(Whole dollars only)*

| | | |
|---|---|---|
| 19. 70% revenue *(item 10 X .70)* | 19. ■ | 2196572.00 |
| 20. Revenue less COGS *(item 10 - item 14)* | 20. ■ | 1079413.00 |
| 21. Revenue less compensation *(item 10 - item 18)* | 21. ■ | 2972602.00 |
| 22. Revenue less $1 million *(item 10 - $1,000,000)* | 22. ■ | 2137960.00 |
| 23. MARGIN *(see instructions)* | 23. ■ | 1079413.00 |

**APPORTIONMENT FACTOR**

| | | |
|---|---|---|
| 24. Gross receipts in Texas *(Whole dollars only)* | 24. ■ | 3137960.00 |
| 25. Gross receipts everywhere *(Whole dollars only)* | 25. ■ | 3137960.00 |
| 26. APPORTIONMENT FACTOR *(Divide item 24 by item 25, round to 4 decimal places)* | 26. ■ | 1.0000 |

**TAXABLE MARGIN** *(Whole dollars only)*

| | | |
|---|---|---|
| 27. Apportioned margin *(Multiply item 23 by item 26)* | 27. ■ | 1079413.00 |
| 28. Allowable deductions *(see instructions)* | 28. ■ | 0.00 |
| 29. TAXABLE MARGIN *(item 27 minus item 28)* | 29. ■ | 1079413.00 |

**TAX DUE**

| | | | |
|---|---|---|---|
| 30. Tax rate *(see instructions for determining the appropriate tax rate)* | Y  N  N | 30. ■ | 0.007500 |
| 31. Tax due *(Multiply item 29 by the tax rate in item 30)* *(Dollars and cents)* | 31. ■ | | 8095.60 |

**TAX ADJUSTMENTS** *(Dollars and cents) (Do not include prior payments)*

| | | |
|---|---|---|
| 32. Tax credits *(item 23 from Form 05-160 )* | 32. ■ | 0.00 |
| 33. Tax due before discount *(item 31 minus item 32)* | 33. ■ | 8095.60 |
| 34. Discount *(see instructions, applicable to report years 2008 and 2009)* | 34. ■ | 0.00 |

**TOTAL TAX DUE** *(Dollars and cents)*

| | | |
|---|---|---|
| 35. TOTAL TAX DUE *(item 33 minus item 34)* | 35. ■ | 8095.60 |

Do not include payment if item 35 is less than $1,000 or if annualized total revenue is less than the no tax due threshold (see instructions). If the entity makes a tiered partnership election, ANY amount in item 35 is due. Complete Form 05-170 if making a payment.



| Print or type name | Area code and phone number |
|---|---|
| JULIE MAK | (512) 904-0351 |
| I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief. | **Mail original to:** Texas Comptroller of Public Accounts P.O. Box 149348 Austin, TX 78714-9348 |
| sign here ▶ | Date |

Instructions for each report year are online at www.comptroller.texas.gov/taxes/franchise/forms/. If you have any questions, call 1-800-252-1381.

**Texas Comptroller Official Use Only**



| VE/DE | | |
|---|---|---|

| PM Date | | |
|---|---|---|

351320C 080821
TX2021    05-170
Ver. 12,0   (Rev.9-18/9)

# Texas Franchise Tax Payment Form

■ Tcode  13050 ANNUAL

| ■ Taxpayer number | ■ Report year | Due date |
|---|---|---|
| 32034306731 | 2021 | 05/17/2021 |

Taxpayer name

BLUE AVOCADO CO.

| | | |
|---|---|---|
| 1. **Total tax due on this report**<br>*(item 35 from Form 05-158-B or item 17 from Form 05-169)* | 1. | 8095.60 |
| 2. **Enter prior payment** *(e.g. extension payment)* | 2. | 0.00 |
| 3. **Net tax due** *(item 1 minus item 2)* | 3. | 8095.60 |
| 4. **Penalty** *(see instructions)* | 4. | 0.00 |
| 5. **Interest** *(see instructions)* | 5. | 0.00 |
| 6. **TOTAL AMOUNT DUE AND PAYABLE** *(Add items 3, 4 and 5)*<br>*Make amount payable to TEXAS COMPTROLLER* | 6.■ | 8095.60 |

Taxpayers who paid $10,000 or more during the preceding fiscal year (Sept. 1 thru Aug. 31) are required to electronically pay their franchise tax. For more information visit www.comptroller.texas.gov/taxes/franchise/filing-requirements.php.

> **Mail original to:**
> Texas Comptroller of Public Accounts
> P.O. Box 149348
> Austin, TX 78714-9348

Instructions for each report year are online at www.comptroller.texas.gov/taxes/franchise/forms/. If you have any questions, call 1-800-252-1381.





| VE/DE | | | |
|---|---|---|---|
| **PM Date** | | | |

1019

**Fill in this information to identify the case:**

Debtor name _____ BlueAvocado Co.

United States Bankruptcy Court for the: Western District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Locke Lord<br>2200 Ross Avenue, Suite 2800<br><br>Dallas, TX, 75201 | | Suppliers or Vendors | | | | 311,754.97 |
| 2 | RWR Legal<br>620 Congress Avenue<br><br>Austin, TX, 78701 | | Suppliers or Vendors | | | | 169,051.49 |
| 3 | Michael Best & Friedrich Llp<br>600 Congress  Avenue<br><br>Austin, TX, 78701 | | Suppliers or Vendors | | | | 158,692.11 |
| 4 | The Creative Partners Group<br>88 South 10th Street<br><br>Minneapolis, MN, 55403 | | Suppliers or Vendors | | | | 111,204.12 |
| 5 | BLUEAVO RLOCL LLC<br>10001 Reunion Place<br>Suite 230<br>San Antonio, TX, 78216 | | | | | | 94,640.06 |
| 6 | Edward Roels<br>5020 W 73rd Street<br><br>Bedford Park, IL, 60638 | | Indemnity Claim | Contingent | | | 0.00 |
| 7 | Bruce Barshop<br>10001 Reunion Place<br>Suite 230<br>San Antonio, TX, 78216 | | Indemnity Claim | Contingent | | | 0.00 |
| 8 | | | | | | | |

Debtor    BlueAvocado Co.
_____
          Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name    BlueAvocado Co.

United States Bankruptcy Court for the:    Western District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                                   $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. BB&T | Checking | 0  1  9  3 | $ 76,102.22 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $ _____
   4.2. _____    $ _____

5. **Total of Part 1**                                                                               $ 76,102.22

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $ _____
   7.2. _____    $ _____

Debtor _____BlueAvocado Co._____  Case number (if known)_____
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1._____  $_____

    8.2._____  $_____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.  $_____

---

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                              **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: __139,664.18__ – __0.00__ = ........➔ $ 139,664.18
                  face amount        doubtful or uncollectible accounts

    11b. Over 90 days old: __7,402.00__ – __0.00__ = ........➔ $ 7,402.00
                 face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $ 147,066.18

---

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                         **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____  _____  $_____

    14.2. _____  _____  $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                   % of ownership:

    15.1._____  _____%  _____  $_____

    15.2._____  _____%  _____  $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____  _____  $_____

    16.2._____  _____  $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.  $_____

---

Debtor  BlueAvocado Co.
_____  Case number (if known)_____
         Name

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| Inventory | _____ MM / DD / YYYY | 715,488.94 $_____ | Book Value _____ | 715,488.94 $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $ 715,488.94

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor _____BlueAvocado Co._____     Case number (*if known*)_____
          Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  BlueAvocado Co.
_____
   Name

Case number (*if known*)_____

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor____BlueAvocado Co._____   Case number (if known)_____
          Name

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Storage Unit Lease - CubeSmart, 4900 Ranch Road 620N, Austin, Texas 78732 | Lease | $_____0.00_____ | _____ | $_____0.00_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $_____0.00_____ |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Schedule A/B Part 10, Question 60 Attachment | $_____0.00_____ | Book Value | Unknown<br>$_____ |
| 61. **Internet domain names and websites**<br>www.blueavocado.com | $_____0.00_____ | Book Value | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | | $_____ |
| 65. **Goodwill** | $_____ | | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $_____0.00_____ |
|---|

Debtor   BlueAvocado Co.
         _____    Case number (if known)_____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 11:   All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜   $_____
                              Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

  See continuation sheet
_____   $ Unknown

**Nature of claim**   _____

**Amount requested**   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

**Nature of claim**   _____

**Amount requested**   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    BlueAvocado Co.
_____          Case number (*if known*)_____
          Name

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 76,102.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 147,066.18 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 715,488.94 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 938,657.34 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................... 938,657.34   $ 938,657.34

Debtor 1    BlueAvocado Co.                            Case number *(if known)*_____

First Name      Middle Name      Last Name

## <u>Continuation Sheet for Official Form 206 A/B</u>

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | | |
|---|---|---|---|
| **LEE VALKENAAR, JACK LONG, ROXANN CHARGOIS, JARRED MAXWELL, and AQUSHEN, LLC, v. EDWARD ROELS** | **BlueAvocado seeks reimbursement of costs as nominal defendant in a shareholder derivative action brought by Plaintiff's** | 0.00 | Unknown |
| **BlueAvocado Co. v. Travelers Insurance Company** | **Declaratory judgment action filed for denial of coverage for the directors and officers** | 0.00 | Unknown |

| Trademark | Jurisdiction | Application No. | Class(es) | Status | Registration No. | Type | Registration Date |
|---|---|---|---|---|---|---|---|
| (re)zip | US | 88651685 | 16 | Registered | 6145586 | W | 9/8/20 |
| (re)zip | US | 86203379 | 16 | Registered (Sup.) | 4615447 | W | 9/30/14 |
| Blue Avocado | US | 85096118 | 18 | Registered -Incontestible | 3940426 | S | 4/5/11 |
| Blue Avocado | US | 85054711 | 18 | Registered -Incontestible | 3880078 | W | 11/23/10 |
| (re)zip | CA | 1989977 | 16 | Formalized | N/A | W | N/A |
| Blue Avocado | MX | 1062632 | 18 | Registered | 1151996 | S | 4/8/10 |
| (re)zip | CH | 38905451 | 16 | Registered | 38905451 | W | 2/14/20 |
| (re)zip | AU | 2011872 | 16 | Published | N/A | W | N/A |
| (re)zip | EU | 18210111 | 16 | Initial refusal | N/A | W | N/A |

| BLUEAVOCADO CORPORATION STATUS REPORT | | | | |
|---|---|---|---|---|
| Last Updated: 03/03/2021 | | | | |
| SIPLG Docket No. | Appln. No./ Filing Date | Title of Invention | Inventor | Status |
| BLUEA1100-1 | 14/598,475 01/16/2015 10,000,033 06/19/18 | Washable, Waterproof, Sealable and Reusable Storage Bags | DENIS Alain, GEORGE Amy | Granted: 3.5 Year Tax Due: 12/19/21 |
| BLUEA1100-2 | 15/997,360 06/04/18 10,780,666 09/22/20 | Washable, Waterproof, Sealable and Reusable Storage Bags | DENIS Alain, GEORGE Amy | Granted: 3.5 Year Tax Due: 03/22/24 |
| BLUEA1100-3 | 17/027,558 09/21/20 | Washable, Waterproof, Sealable and Reusable Storage Bags | DENIS Alain, GEORGE Amy | Pending: Awaiting First OA |
| BLUEA1110-1 | 14/598,511 01/16/2016 | Washable, Waterproof, Sealable and Reusable Soft Gusseted Volumized Storage Bags | DENIS Alain, GEORGE Amy | Pending: Resp to OA Filed 12/18/20 |
| BLUEA1110-CN | 201580009921.7 01/16/2015 ZL201580009921.7 05/17/19 | Washable, Waterproof, Sealable and Reusable Soft Gusseted Volumized Storage Bags | DENIS Alain, GEORGE Amy | Granted: Annuity Due: 01/16/22 |
| BLUEA1111-CN | 201910312924.8 01/16/2015 | Washable, Waterproof, Sealable and Reusable Soft Gusseted Volumized Storage Bags | DENIS Alain, GEORGE Amy | Pending: Resp to OA Filed 01/20/21 |

**Fill in this information to identify the case:**

Debtor name ___BlueAvocado Co.___

United States Bankruptcy Court for the: ___Western District of Texas___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
BLUEAVO RLOCL LLC

Describe debtor's property that is subject to a lien
Inventory, Corporate documents, misc. printers and laptops, samples, shelving, misc. office equipment and supplies.

$ 263,750.00   $ 715,488.94

Creditor's mailing address
10001 Reunion Place
Suite 230, San Antonio, TX 78216

Creditor's email address, if known
_____

Describe the lien
Agreement you made, Barshop/Block Notes

Is the creditor an insider or related party?
☐ No
☑ Yes

Date debt was incurred _____
Last 4 digits of account number _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
BLUEAVO RLOCL LLC

Describe debtor's property that is subject to a lien
www.blueavocado.com, www.rezip.com, See Schedule A/B Part 10, Question 60 Attachment, Accounts Receivable, Inventory, Corporate documents, misc. printers and laptops, samples, shelving, misc. office equipment and supplies.

$477,000.00   $862,555.12

Creditor's mailing address
10001 Reunion Place
Suite 230, San Antonio, TX 78216

Creditor's email address, if known
_____

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☐ No
☑ Yes

Date debt was incurred _____
Last 4 digits of account number _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 1,053,750.00

| Debtor | BlueAvocado Co. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3** **Creditor's name**
BLUEAVO RLOCL LLC
_____

**Creditor's mailing address**
_____

10001 Reunion Place
Suite 230, San Antonio, TX 78216
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Inventory

$313,000.00    $715,488.94

**Describe the lien**

Agreement you made, Block Ventures LLC

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** **Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  BlueAvocado Co.
     Name

Case number (if known)_____

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Deborah D. Williamson<br>112 E. Pecan Street<br>Suite 1800<br>San Antonio, TX, 78205 | Line 2. _2_ | _____ |
| Deborah D. Williamson<br>112 E. Pecan Street<br>Suite 1800<br>San Antonio, TX, 78205 | Line 2. _3_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>BlueAvocado Co.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Western District of Texas</td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)*.* **Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account
number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account
number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account
number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor  BlueAvocado Co.
_____

Name                                                          Case number (*if known*) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** | **Nonpriority creditor's name and mailing address**
Amy George
1516 Alameda
Austin, TX, 78704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Severance Agreement

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2** | **Nonpriority creditor's name and mailing address**
BLUEAVO RLOCL LLC
10001 Reunion Place
Suite 230
San Antonio, TX, 78216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 94,640.06

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3** | **Nonpriority creditor's name and mailing address**
Bruce Barshop
10001 Reunion Place
Suite 230
San Antonio, TX, 78216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnity Claim

$ Undetermined

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4** | **Nonpriority creditor's name and mailing address**
Edward Roels
5020 W 73rd Street

Bedford Park, IL, 60638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnity Claim

$ Undetermined

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5** | **Nonpriority creditor's name and mailing address**
Locke Lord
2200 Ross Avenue, Suite 2800

Dallas, TX, 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 311,754.97

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6** | **Nonpriority creditor's name and mailing address**
Michael Best & Friedrich Llp
600 Congress  Avenue

Austin, TX, 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 158,692.11

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Bite AVocado Co.
Name

Case number *(if known)*

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.7  **Nonpriority creditor's name and mailing address**

RWR Legal
620 Congress Avenue

Austin, TX, 78701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 169,051.49

---

3.8  **Nonpriority creditor's name and mailing address**

The Creative Partners Group
88 South 10th Street

Minneapolis, MN, 55403

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 12/30/2015

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 111,204.12

---

3.___  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

3.___  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

3.___  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Aqushen, LLC<br>PO Box 13121<br>Austin, TX, 78711 | Line _____<br>☑ Not listed. Explain: | _____ |
| 4.2. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line _____<br>☐ Not listed. Explain | _____ |
| 41. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 845,342.75 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 845,342.75 |

**Fill in this information to identify the case:**

Debtor name ___BlueAvocado Co._____

United States Bankruptcy Court for the: __Western District of Texas__

Case number (If known): _____  Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Manufacturing Agreement Agent | Eco Pozzolan Company Ltd. Tower II Metroplaza No 223 HingFong Rd Kwai Chung NT, Hong Kong, |
| | **State the term remaining** | May 15, 2022 (With Automatic Renewals) | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Marketing Contract Agent | New Lab 88 S 10th St Ste 100 Minneapolis, MN, 55403 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Representation Contract Agent | CPG 88 S 10th St Ste 100 Minneapolis, MN, 55416 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name  BlueAvocado Co.

United States Bankruptcy Court for the:  Western District of Texas

Case number (If known):  _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |
| **2.** | **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.** |

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Bruce Ballengee | Bruce Ballengee<br>2811 McKinney Ave. Suite 320<br>Dallas, TX 75204 | Locke Lord | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 Pete Hines | Pete Hines<br>88 S 10th St Ste 100,<br>Suite 100<br>Minneapolis, MN 55416 | Locke Lord | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name __BlueAvocado Co.__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021<br>MM / DD / YYYY | to   Filing date | ☑ Operating a business<br>☐ Other | $ 2,156,283.78 |
| **For prior year:** | From 01/01/2020<br>MM / DD / YYYY | to   12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 3,156,185.13 |
| **For the year before that:** | From 01/01/2019<br>MM / DD / YYYY | to   12/31/2019<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 3,352,683.63 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021<br>MM / DD / YYYY | to   Filing date | _____ | $ 0.00 |
| **For prior year:** | From 01/01/2020<br>MM / DD / YYYY | to   12/31/2020<br>MM / DD / YYYY | _____ | $ 0.00 |
| **For the year before that:** | From 01/01/2019<br>MM / DD / YYYY | to   12/31/2019<br>MM / DD / YYYY | _____ | $ 0.00 |

Debtor ___BlueAvocado Co._____     Case number *(if known)*_____
         Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | AB Accretive<br>Creditor's name | _____ | $ 27,442.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | American Shipping Co. Inc.<br>Creditor's name | _____ | $ 63,805.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Julie Mak<br>Insider's name<br>251 W. 87th Street #25<br>New York, NY 10024 | _____ | $ 150,000.00 | annual salary |
| | **Relationship to debtor**<br>Interim CEO | | | |
| 4.2. | _____<br>Insider's name | _____ | $ _____ | |
| | **Relationship to debtor**<br>_____ | | | |

Debtor ___BlueAvocado Co._____  Case number (*if known*)_____
       Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | LEE VALKENAAR, JACK LONG, ROXANN CHARGOIS, JARRED MAXWELL, AQUSHEN, LLC, Each Individually and as Shareholder | Shareholder Derivative Lawsuit | 261st Judicial District Court of Travis County, Texas | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>Cause No. D-1-GN-19-001505<br>_____ | | 1000 Guadalupe<br>Austin, TX 78701 | |
| 7.2. | **Case title**<br>BlueAvocado, Co. v Travelers Insurance Co | Declaratory Judgement - Insuran | **Court or agency's name and address**<br>Travis County, Texas District Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>_____ | | 1000 Guadalupe<br>Austin, TX 78701 | |

---

| Debtor | BlueAvocado Co. | Case number (if known) |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | | Name |
| | **Case number** | |
| | **Date of order or assignment** | |

---

**Part 4:  Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| 9.2. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |

---

**Part 5:  Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | _____ | $_____ |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | BlueAvocado Co. | Case number (if known)_____ |
|---|---|---|
| | Name | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Ray Battaglia | Retainer Check | 08/02/2021 | $ 26,738.00 |
| | **Address** | | | |
| | Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, TX 78218 | | | |
| | **Email or website address**<br>rbattaglialaw@outlook.com | | | |
| | **Who made the payment, if not debtor?**<br>BlueAvocado Co. | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

Debtor ___BlueAvocado Co._____     Case number *(if known)*_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____  To _____ |
| 14.2. | | From _____  To _____ |

| Debtor | BlueAvocado Co. | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 8:** **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:** **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

    Has the plan been terminated?

    ☐ No
    ☐ Yes

---

Debtor    BlueAvocado Co.
_____          Case number *(if known)*_____
          Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| CubeSmart<br>Name<br>4900 Ranch Road 620 N<br>Austin, TX 78732<br><br>Address | Alain Denis and Felix Chavez | Corporate documents, misc. printers and laptops, samples, shelving, misc. office equipment and supplies. | ☐ No<br>☑ Yes |

Debtor   BlueAvocado Co. _____     Case number *(if known)*_____
         Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    BlueAvocado Co.
          _____          Case number (if known)_____
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ <br> Name | _____ <br> Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number <br> Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br> From _____    To _____ |
| 25.2. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br> From _____    To _____ |
| 25.3. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br> From _____    To _____ |

---

Debtor    BlueAvocado Co.
          _____          Case number (*if known*)_____
          Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Felix Chavez<br>Name<br>16014 Pool Canyon Rd. Austin, TX 78734 | From 06/01/2020<br>To 01/31/2021 |
| 26a.2. Valerye Rowe<br>Name<br>3109 Fiorellino Pl Cedar Park, TX 78613 | From 09/26/2012<br>To 01/31/2021 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Dede Schryver, CPA<br>Name<br>Erickson Demel & Co, PLLC 7800 N. Mopac, Ste 105 Austin, TX 78759 | From 01/01/2010<br>To 11/10/2021 |
| 26b.2.<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Felix Chavez<br>Name<br>16014 Pool Canyon Rd. Austin, TX 78734 | |

---

Debtor   BlueAvocado Co.
_____
Name

Case number (if known)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  Ming Du
Name
3823 S Hermitage Ave Chicago, IL 60609

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  Scalar, LLC
Name
874 E Pioneer Road Draper, UT 84020

| Name and address |
|---|

26d.2.  Adam Brothers, AB Accretive LLC
Name
481 Carlton Rd Wyckoff, NJ 07481

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____
Name

| Debtor | BlueAvocado Co. | Case number (if known) |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
        Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Amy George | 1516 Alameda Drive, Austin, TX 78704 | Director | |
| Bruce Ballengee | 1649 Promontory Drive, Cedar Hill, TX 75104 | Director | |
| Pete Hinze | 88 S 10th St Ste 100, Minneapolis, MN 55416 | Director | |
| Bruce Barshop | 10001 Reunion Place Suite 230, San Antonio, TX 78216 | Director | |
| Julie Mak | , | Interim CEO | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ed Roels | 5020 W 73rd Street, 5020 W 73rd Street Bedford Park, IL 60638 | Former Board Memter | _____ To 07/19/2021 |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

Debtor    BlueAvocado Co.       Case number *(if known)*_____
     Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | _____ _____ |
| Name | | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>11/10/2021</u>
          MM / DD / YYYY

✖   /s/ Julie Mak         Printed name   Julie Mak
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor   CEO & President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

Debtor Name    BlueAvocado Co.                                        Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | |
|---|---|
| **Assured Partners of Illinois, LLC,** | $30,003.00 |
| **Criteo Corp,** | $14,539.67 |
| **Eco S. Global Limited,** | $314,817.52 |
| **Lily Sei,** | $27,600.00 |
| **Michael Best & Friedrich, LLP,** | $9,000.00 |
| **Ming Du,** | $8,857.66 |
| **Shidlofsky Law Firm,** | $14,249.50 |
| **Sprinkle IP Law Group,** | $12,519.70 |
| **The Creative Partners Group, LLC,** | $36,525.96 |
| **Felix Chavez III,** | $15,200.00 |

**26a) Bookkeepers**

| | | | |
|---|---|---|---|
| **Ming Du** | **3823 S Hermitage Ave Chicago, IL 60609** | 01/31/2021 | 11/10/2021 |

**26d) Creditors**

**BLUEAVO**

**28) Additional people in control of the debtor at the time of the filing of this case**

**See Attached SOFA Part 13, Question 28**    **,**

## SOFA Part 13, Question 28

Ada Broussard Trust
Bruce Ballengee, Trustee
1649 Promontory Drive
Cedar Hill, TX 75104

Affinity Angel Investment
Fund I, LLC
16238 RR 620 N – Ste. F 381
Austin, TX 78717

Aqushen, LLC
PO Box 13121
Austin, TX 78711

Arthur F. Lerner Revocable
Trust
13868 East Degas Dr.
Palm Beach Gardens, FL 33410

Barry M. Davis Revocable
Trust
d/b/a Aurora Investments Ltd.
110 W. 7th Street, Suite 1000
Tulsa, Oklahoma 74119

Blue-Eyed Girl, Inc.
C/o UTA
Attn: Max Stubblefield
9560 Wilshire Blvd., 5th Floor
Beverly Hills, California 90212

Roxann Thomas Chargois
4201 Waters Edge Cove
Austin, Texas 78731

Paige Davis
3803 B. Peyron Drive
AUSTIN, TX 78704

Dave Del Sesto
10502 Grove Oak Drive
Santa Ana, California 92705

Glenda Flannagan
550 Bowie Street
Austin, Texas 78703

Amy George
1516 Alameda Drive
Austin, TX 78704

Jerry Greenfield
2779 South Road
Williston, VT 05495

Brandon J. and Carrie Heinley
613 Theresa Ave, Unit B
Austin, TX 78703

Brett A. Hurt
8424 Calera Drive
Austin, TX 78735

Jerry Greenfield Revocable
Trust
2779 South Road
Williston, VT 05495

Kit Carson, Ltd.
100 NE Loop 410, Suite 1300
San Antonio, Texas 78216

Thomas Lauria
35 East 38th Street #3C
New York, NY 10016

Michael Lerner
201 Shiloh Rd.
Blairstown, New Jersey 07825

Lerner, Pete and Dalton, Dr.
Danielle
82A Madison Street
Hoboken, NJ 07030

W. Jackson Long, Jr.
816 Congress Avenue
Suite 1800
Austin, Texas 78701

Jarred Maxwell
804 30TH 1/2 STREET
Austin, Texas 78705

Bonnie K. Mills
3407 Monte Vista Dr.
Austin, Texas 78731

Melissa Nathan
3803B Byron Drive
Austin, TX 78704

NB Family Limited
Partnership, L.P.
3205 El Toro Cove
Austin, TX 78746

William Petty
One Bear Place #98004
Waco, Texas 76798

Richard J. & Shari W. Ressler
620 Congress Avenue, Suite 200
Austin, Texas 78701

S. Barshop Investments, Ltd.
10001 Reunion Place
Suite 230
San Antonio, Texas 78216

Robert Sessa & Ellen Grady-
Sessa
813 James Street
Austin, Texas 78704

Sean Spector
628 Brandon Way
Austin, Texas 78733

Kim Stevens
3725 MacArthur
Waco, Texas 76708

Sairam Suresh
872 Lucile Ave. Unit A
Los Angeles, CA 90026

Suzi Martina Sosa Investment
Trust
30 Margranita Crescent

George W. Talbot, Jr.
1516 Alameda Drive
Austin, Texas 78703

**SOFA Part 13, Question 28**

Austin, TX 78703

Lee Valkenaar
555 E. 5th St. #809
AUSTIN, TX 78701

Gary Walker
255 N. Center Street #200
Arlington, TX 76011

WEBKO, LLC
Attn: Bryan Daigle, President
3005 S. Lamar Blvd.
Suite D-109 #146
Austin, TX 78704

Greg Wilson
3404 Cloven Court
Wake Forest, NC 27587

Ada Broussard Trust
Bruce Ballengee, Trustee
1649 Promontory Drive
Cedar Hill, TX 75104

Affinity Angel Investment
Fund, LLC
16238 RR 620 N. Ste. F 381
Austin, TX 78717

Arthur F. Lerner Revocable
Trust
13868 East Degas Dr.
Palm Beach Gardens, FL 33410

Barry M. Davis Revocable Trust
d/b/a Aurora Investments Ltd.
110 W. 7th Street, Suite 1000
Tulsa, Oklahoma 74119

Blue-Eyed Girl, Inc.
C/o UTA
Attn: Max Stubblefield
9560 Wilshire Blvd., 5th Floor
Beverly Hills, California 90212

**United States Bankruptcy Court**

IN RE:                                                                    Case No._____

BlueAvocado Co.
_____   Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Amy George<br>1516 Alameda Drive, Austin, TX 78704 | | |
| Bruce Ballengee<br>1649 Promontory Drive, Cedar Hill, TX 75104 | | |
| Pete Hinze<br>88 S 10th St Ste 100, Minneapolis, MN 55416 | | |
| Bruce Barshop<br>10001 Reunion Place Suite 230, San Antonio, TX 78216 | | |
| Julie Mak<br>, | | |
| See Attached SOFA Part 13, Question 28<br>, | | |

**Fill in this information to identify the case and this filing:**

Debtor Name _____BlueAvocado Co._____

United States Bankruptcy Court for the: ____Western District of Texas_____

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/10/2021__          ✘ /s/ Julie Mak  _____
       MM / DD / YYYY               Signature of individual signing on behalf of debtor

                                    Julie Mak  _____
                                      Printed name

                                    CEO  & President  _____
                                      Position or relationship to debtor

United States Bankruptcy Court

Western District of Texas

In re:  BlueAvocado Co.

Case No.

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   _____11/10/2021_____

/s/ Julie Mak
_____
Signature of Individual signing on behalf of debtor

CEO  & President
_____
Position or relationship to debtor

Amy George
1516 Alameda
Austin, TX 78704

Amy George
1516 Alameda Drive
Austin
TX 78704

Aqushen, LLC
PO Box 13121
Austin, TX 78711

BLUEAVO RLOCL LLC
10001 Reunion Place
Suite 230
San Antonio, TX 78216

Bruce Ballengee
2811 McKinney Ave. Suite 320
Dallas, TX 75204

Bruce Ballengee
1649 Promontory Drive
Cedar Hill
TX 75104

Bruce Barshop
10001 Reunion Place
Suite 230
San Antonio, TX 78216

Bruce Barshop
10001 Reunion Place
Suite 230
San Antonio
TX 78216

CPG
88 S 10th St
Ste 100
Minneapolis, MN 55416

Deborah D. Williamson
112 E. Pecan Street
Suite 1800
San Antonio, TX 78205

Eco Pozzolan Company Ltd.
Tower II Metroplaza
No 223 HingFong Rd
Kwai Chung NT, Hong Kong,

Edward Roels
5020 W 73rd Street

Internal Revenue Service
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

Jarred Maxwell
804 30TH 1/2 STREET
Austin, TX 78705

Lee Valkenaar
555 E. 5th St. #809
Austin, TX 78701

Locke Lord
2200 Ross Avenue, Suite 2800
Dallas, TX 75201

Michael Best & Friedrich Llp
600 Congress  Avenue
Austin, TX 78701

Michael Joseph Smith
8310 N. Capital of Texas Hwy
STE. 150
Austin, TX 78731

New Lab
88 S 10th St
Ste 100
Minneapolis, MN 55403

None

Pete Hines
88 S 10th St Ste 100,
Suite 100
Minneapolis, MN 55416

Pete Hinze
88 S 10th St
Ste 100
Minneapolis
MN 55416

Roxann Thomas Chargois
4201 Waters Edge Cove
Austin, TX 78731

RWR Legal
620 Congress Avenue
Austin, TX 78701


The Creative Partners Group
88 South 10th Street
Minneapolis, MN 55403


W. Jackson Long, Jr.
816 Congress Avenue
Suite 1800
Austin, TX 78701

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Western District of Texas

**In re** BlueAvocado Co.

Case No. _____

**Debtor**

Chapter <u>11</u> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ <u>26,738.00</u>

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ <u>450.00</u>

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

a. Advising Debtor of its rights, powers and duties as debtors-in-possession in continuing to operate and manage its assets;

b. Advising Debtor concerning, and assisting in a negotiation of documentation of debtor-in- possession financing agreements, debt restructuring, cash collateral orders and related transactions;

c. Reviewing the nature and validity of agreements related to Debtor 's business and assets and advising Debtor in connection therewith;

d.  Reviewing the nature and validity of liens asserted against Debtor and advising Debtor concerning the enforceability of such liens;

e. Advising Debtor concerning the actions to be taken to collect and recover property for the benefit of its estate;

f. Reviewing and assisting Debtor with the preparation of all necessary and appropriate applications, motions, pleadings, orders, notices, schedules and other documents, and reviewing all financial and other reports to be filed in Debtor 's Chapter 11 case;

g. Advising Debtor concerning, and preparing responses to, applications, motions, pleadings, notices and other papers which may be filed in Debtor's Chapter 11 case;

h. Counseling Debtor in connection with the formulation, negotiation and promulgation of plans of reorganization and related documents; and

i. Performing all other legal services which may be necessary or appropriate in the administration of Debtor's Chapter 11 case.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Our engagement is limited to providing legal services and does not include accounting, financial, management, or other non-legal services. Additionally, our engagement does not include any existing or future lawsuits which have been or may be filed against Debtor.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/10/2021

*Date*

/s/ Raymond Battaglia, 01918055

*Signature of Attorney*

Law Offices of Ray Battaglia, PLLC

*Name of law firm*
66 Granburg Circle
San Antonio, TX 78218
2106019405
rbattaglialaw@outlook.com